Rafael Cornelio BRITO, a/k/a Rafael
C. Matos, Plaintiff–Appellant,

v.

DEPARTMENT OF JUSTICE; John
Ashcroft, Attorney General; Richard
L. Williams, United States District
Judge, Richmond Division, Defen-
dants–Appellees.

No. 01–7444.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Rafael Cornelio Brito, Appellant Pro Se.

Before WIDENER, NIEMEYER, and
WILLIAMS, Circuit Judges.

PER CURIAM.

Rafael Cornelio Brito appeals the dis-
trict court's dismissal without prejudice of
his 42 U.S.C.A. § 1983 (West Supp. 2001)
action because he failed to pay a filing fee
or petition the court to proceed in forma
pauperis. After Brito noted this appeal,
the district court granted Brito's motion to
reconsider, vacated judgment, and rein-
stated his § 1983 action. *Brito v. Depart-
ment of Justice,* No. CA–01–384 (E.D.Va.
Sept. 24, 2001). We therefore dismiss the
present appeal as moot. We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*